JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

E-filing

Attorneys for Defendants
CITY OF MARTINEZ; MARTINEZ POLICE DEPARTMENT;
CHIEF DAVE CUTAIA, Martinez Chief of Police, and
SERGEANT GARY PETERSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TALADA III,

    Plaintiff,

vs.

CITY OF MARTINEZ; MARTINEZ
POLICE DEPARTMENT; CHIEF DAVE
CUTAIA, Martinez Chief of Police;
SERGEANT GARY PETERSEN OR DOE
1, a Martinez Police Officer; and DOES 2
through 50, inclusive,

    Defendants.

Case No. CV 08 2771

**DEMAND FOR JURY TRIAL**

    Defendants CITY OF MARTINEZ, MARTINEZ POLICE DEPARTMENT, CHIEF DAVE CUTAIA, Martinez Chief of Police, and SERGEANT GARY PETERSEN, hereby demand trial by jury in this action.

DEMAND FOR JURY TRIAL

| | | |
|---|---|---|
| 1 | Dated: June __, 2008 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| 2 | | |
| 3 | | By: _/s/ signature_ |
| 4 | | James V. Fitzgerald, III |
| | | Noah G. Blechman |
| 5 | | J. Garret Deal |
| | | Attorneys for Defendants |
| 6 | | CITY OF MARTINEZ; MARTINEZ POLICE DEPARTMENT; CHIEF DAVE CUTAIA and |
| 7 | | SERGEANT GARY PETERSEN |

(Left margin firm block: McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP, ATTORNEYS AT LAW, P.O. BOX 5288, WALNUT CREEK, CA 94596, TELEPHONE: (925) 939-5330)

DEMAND FOR JURY TRIAL                                    2

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **DEMAND FOR JURY TRIAL** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. James Talada, III
142 Camino Del Sol
Martinez, CA 94553

Phone: 925-229-2771

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 4, 2008 at Walnut Creek, California.

SABRINA AHIA

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **DEMAND FOR JURY TRIAL** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. James Talada, III
142 Camino Del Sol
Martinez, CA 94553

Phone: 925-229-2771

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 4, 2008 at Walnut Creek, California.

*[signature]*

SABRINA AHIA