IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III., | No. C 08-02771 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CITY OF MARTINEZ, et al., | **RESCHEDULING HEARING** |
| Defendant.        / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for September 11, 2008 at 11:00 a.m. has been rescheduled for **September 10, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel/parties shall submit a joint case management conference statement not to exceed ten pages.

Dated: August 27, 2008                    FOR THE COURT,

                                          Richard W. Wieking, Clerk

                                          By: _____
                                              Dawn Toland
                                              Courtroom Deputy to the
                                              Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-02771 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Talada
142 Camino del Sol
Martinez, CA 94553

Dated: August 27, 2008

                                          Richard W. Wieking, Clerk
                                          By: Dawn Toland, Deputy Clerk