1. JAMES L. TALADA III
   **Name and Address**
2. 142 Camino Del Sol
3. Martinez, CA 94553

FILED
08 SEP -2 AM 10: 09
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JAMES L. TALADA III

**Plaintiff / Petitioner**

VS.

City of Martinez; Martinez
Police Dept.; Chief Dave Cutaia;
Sergeant Gary Peterson (Does
1 & 2); and 'DOES' 2 through 50,
inclusive

**Defendant / Respondent**

Case No. C08-~~00574~~ 2771 WHA

**Document Name:**

Request for 90-day extension to finish Case Management (Alternative Dispute Resolution Program)

9/2/08

I, James Talada III, do hereby request the court to grant me a 90-day extension in Case # C08-00574 WHA, so that I may have the necessary time required to prepare for Alternative Dispute Resolution Program prior to the case management conference. While currently represented as 'in-pro-per', I was not contacted by the defendant's representatives until 8/30/08, via private courier, leaving almost no time for discussion, discovery, etc. Also having realized that this is a very complex process, I have made an agreement to have an attorney represent me in these matters, however, he will not enter contract with the short time currently scheduled (9/10/08 at 11 am). Thank you for your immediate attention in this matter, and if you have any questions, I can be reached at 925-705-2225, anytime.

Jas L. Talada III
9/2/08