<div style="text-align: left; font-weight: bold;">United States District Court<br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III,<br/><br/>        Plaintiff,<br/><br/>   v.<br/><br/>CITY OF MARTINEZ, *et al.*,<br/><br/>        Defendants.<br/>_____/ | No. C-08-2771 WHA (EMC)<br/><br/>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

Defendants City of Martinez, David Cutaia, Gary Petersen, City of Martinez Police Department, and Mark Smith, thru their attorney Noah G. Blechman, McNamara, Dodge, et al., requested (*see* Docket No. 37) that this Court continue for 90-120 days the Settlement Conference currently scheduled for November 25, 2008 since Plaintiffs James Talada, III and Monica LaBella filed a First Amended Complaint on October 15, 2008, adding over 30 parties. Plaintiffs did not object Defendants' request, and no opposition was filed by Plaintiffs.

Upon consideration of the request, the Court finds good cause to continue the Settlement Conference and **GRANTS** Defendants' request.

The Settlement Conference scheduled for November 25, 2008, at 9:30 a.m. is continued to **February 17, 2009, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

- ♦ **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by February 3, 2009. Statements shall not be electronically filed.**

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles prior to the date set for Settlement Conference.

This order disposes of Docket No. 37.

IT IS SO ORDERED.

Dated: October 28, 2008

EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, | No. C-08-2771 WHA (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CITY OF MARTINEZ, *et al.*, | |
| Defendants. / | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

JAMES TALADA, III
142 Camino del Sol
Martinez, CA  94553

MELODY LaBELLA
142 Camino del Sol
Martinez, CA  94553

*ALL OTHER PARTIES SERVED VIA
ELECTRONIC FILING ("E-FILING")*

Dated:  October 28, 2008        RICHARD W. WIEKING, CLERK


By: _____/s/_____
        Leni Doyle
        Deputy Clerk