EILEEN M. TEICHERT, City Attorney (SBN 167027)
**BRETT M. WITTER, Supervising City Attorney (SBN 168340)**
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO,
CITY OF SACRAMENTO POLICE DEPARTMENT,
CHIEF RICK BRAZIEL and SERGEANT RICHARD GAUTIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, MELODY LABELLA<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MARTINEZ, CALIFORNIA, CITY OF MARTINEZ POLICE DEPARTMENT; CHIEF DAVE CUTAIA, Martinez Chief of Police; SERGEANT GARY PETERSEN, a Martinez police Officer; COMMANDER MARK SMITH, a Martinez Police Officer; CITY OF RENO, NEVADA; CITY OF RENO POLICE DEPARTMENT; CITY OF RENO SWAT TEAM; CHIEF MICHAEL POEHLMAN, Reno Chief of police; SERGEANT GREG CURRY, Reno Chief of Police; SERGEANT GREG CURRY, a Reno Police Officer; LIEUTENANT MICHAEL WHAN, a Reno Police officer - SWAT TEAM; SERGEANT SCOTT DUGAN, a Reno Police Officer - SWAT Team; SERGEANT MICHAEL LESSMAN, a Reno Police Officer - SWAT Team; SERGEAN SEAN GARLOCK, a Reno Police Officer - SWAT Team; SERGEANT KEITH BROWN, a Reno Police Officer - SWAT Team; DETECTIVE | Case No.:  C08-2771 - WHA<br><br>~~[PROPOSED]~~<br>ORDER GRANTING DISMISSAL |

1

| | |
|---|---|
| 1 | MICHAEL TONE, a Reno Police Officer - Arresting Officer; DETECTIVE TOM BROOME, a Reno Police Officer; GARDSMARK GP, LLC, a California Corporation and Parent Corporation for Guardsmarak, LLC; GUARDSMARK, LLC, a California Corporation; CHARLIE PARKER, a Guardsmark employee and Manager-in-Charge; COLIN MANUEL, a Guardsmark employee and Account Manager; CRISTINA AKESON, a Guardsmark employee and Security Guard; DAVID ADESON, an individual; CENTRAL CONTRA COSTA SANITARY DISTRICT ("CCCSD"), a Public Entity; RANDAL MUSGRAVES, Director of Administration and an employee of CCCSD; SHARI DEUTSCH, Safety and Risk Management Administrator and employoee of CCCSD; RUTH BENNETT, Safety and Risk Management Technician and employee of CCCSD; CATHRYN FREITAS, Human Resources Director at CCSD; STEVEN LAREN, a Security Officer at CCCSD; JAMES M. KELLY, General manager at CCCSD; ROBERT J. KOCHLY, Contra Costa County District Attorney; MARK PETERSON, Contra Costa County Senior Deputy District Attorney - Sexual Assault Division; WILLIAM CLARK, Contra costa County Deputy District Attorney - Special Prosecutions Unit; ANDREA MORELAND, Contra Costa County Senior Investigator; CONTRA COSTA COUNTY OFFICE OF THE DISTRICT ATTORNEY, a public entity; CITY OF SACRAMENTO, CALIFORNIA, CITY OF SACRAMENTO POLICE DEPARTMENT; CHIEF RICK BRAZIEL, Sacramento Chief of police; SERGEANT RICHARD GAUTIER, a Sacramento Police Officer; and DOES 1 through 100, inclusive<br><br>                              Defendants. |

Having reviewed the Stipulation to Dismiss CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, Police Chief RICK BRAZIEL and Sergeant RICHARD GAUTIER, the court finds good cause to grant the dismissal.

1  Therefore,

2      IT IS HEREBY ORDERED that:

3      1. Defendants CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT,
4  Police Chief RICK BRAZIEL and Sergeant RICHARD GAUTIER are hereby dismissed from
5  this litigation with prejudice. Each party shall bear their own costs and attorney's fees.

6  DATED: November 18, 2008



Honorable William _____ 
UNITED STATES _____ JUDGE

[PROPOSED] ORDER GRANTING DISMISSAL

94102