ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Irma Rodriguez Moisa, Esq. State Bar No. 162272
imoisa@aalrr.com
3450 14th Street, Suite 420
Riverside, California 92501
Telephone: (951) 683-1122
Facsimile: (951) 683-1144

Attorneys for Defendants, CITY OF RENO, CITY OF RENO POLICE DEPARTMENT, CITY OF RENO SWAT TEAM, CHIEF MICHAEL POEHLMAN, SERGEANT GREG CURRY, LIEUTENANT MICHAEL WHAN, SERGEANT SCOTT DUGAN, SERGEANT MICHAEL LESSMAN, SERGEANT SEAN GARLOCK, SERGEANT KEITH BROWN, DETECTIVE MICHAEL TONE, AND DETECTIVE TOM BROOME

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
imoisa@aalrr.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES L. TALADA III, an individual; MELODY LABELLA, an individual,

Plaintiffs,

vs.

CITY OF MARTINEZ, CALIFORNIA; CITY OF MARTINEZ POLICE DEPARTMENT; CHIEF DAVE CUTAIA, City of Martinez Chief of Police; SERGEANT GARY PETERSEN, a Martinez Police Officer; COMMANDER MARK SMITH, a Martinez Police Officer; CITY OF RENO, NEVADA; CITY OF RENO POLICE DEPARTMENT; CITY OF RENO S.W.A.T. TEAM; CHIEF MICHAEL POEHLMAN, Reno Chief of Police; SERGEANT GREG CURRY, a Reno Police Officer; LIEUTENANT MICHAEL WHAN, a Reno Police Officer - SWAT Team; SERGEANT SCOTT DUGAN, a Reno Police Officer - SWAT Team; SERGEANT MICHAEL LESSMAN, a Reno Police Officer - SWAT Team; SERGEANT SEAN GARLOCK, a

**CASE NO.: 3:08-cv-02771-WHA**

Assigned to Hon. William H. Aslup
Courtroom 9, 19th Floor

**SPECIALLY APPEARING DEFENDANTS CITY OF RENO, ET. AL.'S STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(2) AND ~~[PROPOSED]~~ ORDER**

Reno Police Officer - SWAT Team; SERGEANT KEITH BROWN, a Reno Police Officer - SWAT Team; DETECTIVE MICHAEL TONE, a Reno Police Officer - Arresting Officer; DETECTIVE TOM BROOME, a Reno Police Officer; GUARDSMARK GP, LLC, a California Corporation; GUARDSMARK, LLC, a California Corporation; CHARLIE PARKER, a Guardsmark employee and Manager-in-Charge; COLIN MANUAL, a Guardsmark employee and Account Manager; CRISTINA AKESON, a Guardsmark employee and Security Guard; DAVID AKESON, an individual; CENTRAL CONTRA COSTA SANITARY DISTRICT ("CCCSD"), a Public Entity; RANDALL MUSGRAVES, Director of Administration and an employee of CCCSD; SHARI DEUTSCH, Safety and Risk Management Administrator and employee of CCCSD; RUTH BENNETT, Safety and Risk Management Technician and employee of CCCSD; CATHRYN FREITAS, Human Resources Director at CCCSD; STEVEN LAREN, a Security Officer at CCCSD; JAMES M. KELLY, General Manager at CCCSD; ROBERT J. KOCHLY, Contra Costa County District Attorney; MARK PETERSON, Contra Costa Senior Deputy District Attorney - Sexual Assault Division; WILLIAM CLARK, Contra Costa County Deputy District Attorney - Special Prosecutions Unit; ANDREA MORELAND, Contra Costa County Senior Investigator; CONTRA COSTA COUNTY OFFICE OF THE DISTRICT ATTORNEY, a public entity; CITY OF SACRAMENTO, CALIFORNIA; CITY OF SACRAMENTO POLICE DEPARTMENT; CHIEF RICK BRAZIEL, Sacramento Chief of Police; SERGEANT RICHARD GAUTIER, a Sacramento Police Officer; and DOES 1 through 100, inclusive.,

Defendants.

/ / /

/ / /

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3450 14th Street, Suite 420
Riverside, California 92501
Telephone: (951) 683-1122
Facsimile: (951) 683-1144

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3450 14th Street, Suite 420
Riverside, California 92501
Telephone: (951) 683-1122
Facsimile: (951) 683-1144

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiffs JAMES L. TALADA, III and MELODY LABELLA, in pro per, and Defendants CITY OF RENO, CITY OF RENO POLICE DEPARTMENT, CITY OF RENO SWAT TEAM, CHIEF MICHAEL POEHLMAN, SERGEANT GREG CURRY, LIEUTENANT MICHAEL WHAN, SERGEANT SCOTT DUGAN, SERGEANT MICHAEL LESSMAN, SERGEANT SEAN GARLOCK, SERGEANT KEITH BROWN, DETECTIVE MICHAEL TONE, AND DETECTIVE TOM BROOME, by through their counsel of record, that the above-captioned action be and hereby is dismissed **with prejudice** pursuant to FRCP 41(a)(2).

**IT IS FURTHER STIPULATED** that Defendants CITY OF RENO, CITY OF RENO POLICE DEPARTMENT, CITY OF RENO SWAT TEAM, CHIEF MICHAEL POEHLMAN, SERGEANT GREG CURRY, LIEUTENANT MICHAEL WHAN, SERGEANT SCOTT DUGAN, SERGEANT MICHAEL LESSMAN, SERGEANT SEAN GARLOCK, SERGEANT KEITH BROWN, DETECTIVE MICHAEL TONE, AND DETECTIVE TOM BROOME will not pursue any claims against Plaintiffs JAMES L. TALADA, III or MELODY LABELLA for any act or omission arising from the incident(s) set forth in Plaintiffs' First Amended Complaint.

///

///

///

///

///

///

///

///

///

///

///

Each party will bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: November 17, 2008 ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: ______________________
Irma Rodriguez Moisa
Attorneys for Defendants, CITY OF RENO, CITY OF RENO POLICE DEPARTMENT, CITY OF RENO SWAT TEAM, CHIEF MICHAEL POEHLMAN, SEGEANT GREG CURRY, LIEUTENANT MICHAEL WHAN, SERGEANT SCOTT DUGAN, SERGEANT MICHAEL LESSMAN, SERGEANT SEAN GARLOCK, SERGEANT KEITH BROWN, DETECTIVE MICHAEL TONE, AND DETECTIVE TOM BROOME

DATED: November 14, 2008

By: ______________________
James L. Talada, III

DATED: November 14, 2008

By: ______________________
Melody LaBella

**IT IS SO ORDERED.**

Plaintiffs James L. Talada, III and Melody LaBella's action (United States District Court Case No.: 3:08-cv-02771-WHA) against Defendants City of Reno, City of Reno Police Department, City of Reno SWAT Team, Chief Michael Poehlman, Sergeant Greg Curry, Lieutenant Michael Whan, Sergeant Scott Dugan, Sergeant Michael Lessman, Sergeant Sean Garlock, Sergeant Keith Brown, Detective Michael Tone, and Detective Tom Broome, for:

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3450 14th Street, Suite 420
Riverside, California 92501
Telephone: (951) 683-1122
Facsimile: (951) 683-1144

(1) False Arrest/ Imprisonment;

(2) Assault and Battery;

(3) Negligence (by Plaintiff Talada);

(4) Negligence (by Plaintiff LaBella);

(5) Negligent Hiring, Retention, Supervision, Training (by Plaintiff Talada);

(6) Negligent Hiring, Retention, Supervision, Training (by Plaintiff LaBella);

(7) Intentional Misrepresentation and Nondisclosure of Material Facts;

(8) Negligent Misrepresentation and Nondisclosure of Material Facts;

(9) Intentional Infliction of Severe Emotional Distress;

(10) Negligent Infliction of Severe Emotional Distress;

(11) Conversion of Person Property;

(12) Trespass;

(13) Invasion of Privacy: Intrusion Upon Seclusion, Public Disclosure of Private Facts and False Light;

(14) Unlawful and Unfair Business Practice - Violation of California Business and Professions Code §17200;

(15) Civil Conspiracy and Collusion (by Plaintiff Talada);

(16) Civil Conspiracy and Collusion (by Plaintiff LaBella);

(17) Violation of Civil Rights - California Civil Code §52.1;

(18) Violation of Civil Rights Under the Constitution of the State of Nevada;

(19) Violation of Civil Rights Protected Under Federal Law (42 U.S.C. §§1983, 1986, 1988) and Under the Constitutions of the States of California and Nevada;

(20) Defamation of Character;

(21) Exemplary and Punitive Damages;

(22) Declaratory Relief - Joint and Several Liability;

(23) Declaratory Relief - Vicarious Liability;

(24) Preliminary Injunctions; and

(25) Permanent Injunctions.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3450 14th Street, Suite 420
Riverside, California 92501
Telephone: (951) 683-1122
Facsimile: (951) 683-1144

is dismissed **with prejudice**.

Each party is to bear their own fees and costs.

DATED: November 18, 2008

The Hon. William H. Aslup

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3450 14th Street, Suite 420
Riverside, California 92501
Telephone: (951) 683-1122
Facsimile: (951) 683-1144