IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES TALADA III,

    Plaintiff,

v.

CITY OF MARTINEZ, Martinez Police Department, CHIEF DAVE CUTAIA, Martinez Chief of Police, SERGEANT GARY PETERSON or DOE 1, a Martinez Police Officer, and DOES 2 through 50, inclusive,

    Defendants.

No. C 08-02771 WHA

**ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING ON CITY OF MARTINEZ DEFENDANTS' MOTION TO DISMISS AND TO ENLARGE TIME TO FILE RESPONSIVE PLEADING**

Plaintiffs have not specified the nature of their personal and professional conflicts. In the absence of good cause being shown, plaintiffs' motion to enlarge time to file their responsive pleading and to continue the hearing for defendants' motion to dismiss is **DENIED WITHOUT PREJUDICE**. Plaintiffs' responsive pleading is currently due on November 27, 2008, which is Thanksgiving day, and therefore, plaintiffs' may file their responsive pleading on November 28, 2008.

**IT IS SO ORDERED.**

Dated: November 20, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE