```
 1  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 2  GREGORY C. HARVEY (SBN 47974)
    Assistant County Counsel
 3  STEVEN P. RETTIG (SBN 178477)
    Deputy County Counsel
 4  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 5  Martinez, California 94553
    Telephone: (925) 335-1800
 6  Facsimile: (925) 335-1866
    email: gharv@cc.cccounty.us
 7         srett@cc.cccounty.us
    Attorneys for Defendants
 8  Robert J. Kochly, Mark Peterson,
    William Clark, Andrea Moreland,
 9  and Contra Costa County
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. TALADA III and MELODY LABELLA,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF MARTINEZ, CALIFORNIA; et al.,<br><br>Defendants. | Case No. C 08-2771 WHA<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS ROBERT J. KOCHLY, MARK PETERSON, WILLIAM CLARK, ANDREA MORELAND, AND CONTRA COSTA COUNTY |

STIPULATION

IT IS HEREBY STIPULATED by and between plaintiffs James L. Talada, III., and Melody LaBella, Jr., *in pro per*, and defendants Robert J. Kochly, Mark Peterson, William Clark, Andrea Moreland and Contra Costa County on behalf of the Contra Costa County Office of District Attorney, through their attorney Steven P. Rettig, Deputy County Counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1), as to defendants Robert J. Kochly, Mark Peterson, William Clark, Andrea Moreland and Contra Costa County on behalf of the Contra Costa County Office of District Attorney. The parties are responsible for their own costs and attorneys fees.

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS ROBERT J. KOCHLY, MARK PETERSON, WILLIAM CLARK, ANDREA MORELAND, AND CONTRA COSTA COUNTY
Case No. C08-2771 WHA                                                                                      1

Dated: November 14, 2008         By: /s/ James L. Talada, III
                                      James L. Talada, III
                                      Plaintiff, in pro per

Dated: November 14, 2008         By: /s/ Melody LaBella
                                      Melody LaBella
                                      Plaintiff, in pro per

Dated: November 21, 2008         SILVANO B. MARCHESI, County Counsel

                                 By: /s/ Steven P. Rettig
                                      Steven P. Rettig
                                      Deputy County Counsel
                                      Attorneys for Defendants
                                      Robert J. Kochly, Mark Peterson, William
                                      Clark, Andrea Moreland, and Contra Costa
                                      County

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED, the above-captioned action is hereby dismissed with prejudice as to defendants Robert J. Kochly, Mark Peterson, William Clark, Andrea Moreland, and Contra Costa County on behalf of the Contra Costa County Office of District Attorney with each party to bear their own costs and attorneys fees. The defendants' pending motion to dismiss scheduled for hearing on December 11, 2008 at 8:00 a.m. is hereby vacated.

DATED: November 24, 2008

IT IS SO ORDERED
Judge William Alsup

The Honorable William H. Alsup
United States District Court Judge

---

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS ROBERT J.
KOCHLY, MARK PETERSON, WILLIAM CLARK, ANDREA MORELAND, AND
CONTRA COSTA COUNTY
Case No. C08-2771 WHA

2