UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, *et al.*, | No. C-08-2771 WHA (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE SANCTIONS** |
| CITY OF MARTINEZ, *et al.*, | |
| Defendants. _____/ | |

On October 2, 2008 and October 28, 2008, the parties were ordered to lodge a Settlement Conference Statement 14 days prior to the conference, which is scheduled for February 17, 2009 (*see* Docket Nos. 19, 43). Plaintiffs' statement was due on February 3, 2009. As of this date, it has not been received by chambers.

IT IS HEREBY ORDERED that if Plaintiffs' statement is not lodged by 1:00 p.m. on February 12, 2009, Plaintiffs and their attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

IT IS SO ORDERED.

Dated: February 11, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge