**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TALADA, III, *et al.*,

            Plaintiffs,

    v.

CITY OF MARTINEZ, *et al.*,

            Defendants.

_____/

No. C-08-2771 WHA (EMC)

**NOTICE AND ORDER SETTING
FURTHER SETTLEMENT
CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **May 1, 2009, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel for Plaintiffs James Talada, III, and Melody Labella, and lead counsel for Defendant Cristina Akeson who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Martinez Defendants and their counsel, and Defendants Guardsmark and Charlie Parker and their counsel, are exempt from attending the May 1, 2009 Further Settlement Conference.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

///

///

1    The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at

2    (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

3

4    IT IS SO ORDERED.

5

6    Dated:  April 13, 2009

7    _____
     EDWARD M. CHEN
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2