UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, *et al.*, | No. C-08-2771 WHA (EMC) |
| Plaintiffs, | |
| v. | **ORDER VACATING MAY 1, 2009 FURTHER SETTLEMENT CONFERENCE** |
| CITY OF MARTINEZ, *et al.*, | |
| Defendants. _____/ | |

By letter dated April 29, 2009, Defendant Cristina Akeson, through her counsel Robert D. Postar, Law Offices of John F. Prentice & Associates, requested that the Further Settlement Conference scheduled for May 1, 2009 be vacated. Plaintiffs did not oppose Defendant Akeson's request.

Upon consideration of the request, the Court finds good cause for **GRANTING** Defendant's request. Therefore, it is hereby ordered that the Settlement Conference set for May 1, 2009, at 9:30 a.m. before Magistrate Judge Edward M. Chen be **VACATED**.

IT IS SO ORDERED.

Dated: April 30, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge