IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, and MELODY LABELLA,<br><br>             Plaintiffs,<br><br>   v.<br><br>CITY OF MARTINEZ, *et al.*,<br><br>             Defendants.<br>                                                                    / | No. C 08-02771 WHA<br><br>**ORDER RE DEFENDANT AKESON'S MOTION FOR MONETARY SANCTIONS** |

Defendant David Akeson has filed a motion seeking monetary sanctions from plaintiff Talada, plaintiff LaBella and their attorneys, John F. Henning, Jr. And John F. Henning, III. Plaintiffs and the Henning attorneys have not timely filed an opposition. Because of the nature of this motion, plaintiffs and their attorneys will be allowed to file an opposition or a statement of non-opposition by **FRIDAY, JUNE 26, 2009 AT NOON**. Defendants may a file a reply by July 2, 2009 at Noon. The hearing scheduled for June 25, 2009 is hereby **VACATED**. The hearing is rescheduled for **JULY 9, 2009 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: June 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE