**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   JAMES TALADA III,

9              Plaintiff,

10      v.                                              No. C 08-02771 WHA

11  CITY OF MARTINEZ, Martinez Police
    Department, CHIEF DAVE CUTAIA,                      **ORDER SETTING HEARING**
12  Martinez Chief of Police, SERGEANT GARY             **ON DEFENDANTS'**
    PETERSON or DOE 1, a Martinez Police                **DISCOVERY DISPUTE**
13  Officer, and DOES 2 through 50, inclusive,          **AND VACATING JULY 30,**
                                                        **2009, HEARING DATE**
14             Defendants.

15  _____/

16          Defendants filed its motion to compel discovery on June 23, 2009, and set a hearing date

17  for July 30, 2009, at 8:00 a.m.  The Court **VACATES** the July 30 hearing and sets a further

18  meet-and-confer for **8:30 A.M. ON TUESDAY, JULY 7, 2009**, in the Court's jury room on the

19  nineteenth floor of the federal courthouse, located at 450 Golden Gate Avenue in San Francisco.

20  At **10:30 A.M.** on that same day, the Court shall hear any unresolved discovery issue(s) in

21  Courtroom 9.  Plaintiff's response is due by noon on July 6.

22          Counsel shall please take notice that only those who attend the further meet-and-confer

23  may argue at the hearing.

24

25          **IT IS SO ORDERED.**

26  Dated:  June 29, 2009.

27                                                      _____
                                                        WILLIAM ALSUP
28                                                      UNITED STATES DISTRICT JUDGE