IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES TALADA III,

    Plaintiff,

  v.

CITY OF MARTINEZ, Martinez Police Department, CHIEF DAVE CUTAIA, Martinez Chief of Police, SERGEANT GARY PETERSON or DOE 1, a Martinez Police Officer, and DOES 2 through 50, inclusive,

    Defendants.

               No. C 08-02771 WHA

**ORDER TO SHOW CAUSE**

At tomorrow's hearing, all counsel should be prepared to explain why all motions to compel discovery are not untimely under Local Rule 26-2.

**IT IS SO ORDERED.**

Dated: July 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE