1 HENNING & HENNING
John F. Henning III (CA Bar No. 188416)
2 244 California Street, Suite 612
San Francisco, CA 94111
3 Tel: (415) 255-7675
4 Fax: (415) 255-7676
Email: henninglawfirm@hotmail.com
5

6
Attorney for Plaintiffs
7 JAMES L. TALADA, III and MELODY LaBELLA

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13                           (SAN FRANCISCO)

14

15 JAMES L. TALADA, III and              CASE NO.  C08-02771WHA
   MELODY LABELLA,
16
                                         STIPULATION AND ORDER
17     Plaintiffs,                       DISMISSING DEFENDANTS
                                         GUARDSMARK, GP, LLC AND
18     v.                                GUARDSMARK, LLC

19 CITY OF MARTINEZ, CA;
   MARTINEZ POLICE                       Dept.: Courtroom 9, 19th Floor
20 DEPARTMENT; ET AL.,
                                         HONORABLE WILLIAM H. ALSUP
21
       Defendants.                       TRIAL DATE:  OCT 26, 2009
22

23

24

25

26                            STIPULATION

27 IT IS HEREBY STIPULATED by and between Plaintiffs James L. Talada, III, and Melody

28                                  1

STIPULATION AND ORDER DISMISSING DEFENDANTS GUARDSMARK, GP, LLC AND
GUARDSMARK, LLC
Case No. C08-02771 WHA

1  LaBella, and Defendants Guardsmark, GP, LLC, and Guardsmark, LLC, through their attorneys,

2  that the Plaintiffs' claims in the above-captioned action are dismissed WITH PREJUDICE in its

3  entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), as to Defendants Guardsmark, GP,

4  LLC, and Guardsmark, LLC. Each party waives any and all claims against the others, including

5  any claims for sanctions against the other, including the others' attorneys. Each party is

6  responsible for their own costs and attorneys fees.

7

8  The parties agree to the form and content of this Stipulation and Order:

9

10  Dated: July 24, 2009          By: _____ III
                                        John F. Henning, III
11                                      Attorney for Plaintiffs James L. Talada, III,
                                        and Melody LaBella
12

13  Dated: July 23, 2009          By: _____
14                                      Plaintiff James L. Talada, III.
15

16  Dated: July 23, 2009          By: _____
17                                      Plaintiff Melody LaBella
18

19  Dated: July 24, 2009          By: _____
20                                      Jenny Li
21                                      Attorney for Defendants Guardsmark, GP, LLC,
                                        and Guardsmark, LLC
22

23

24  Dated: July 24, 2009          By: _____
25                                      Gareth C. Leviton, for
                                        Attorney for Defendants Guardsmark, GP, LLC,
26                                      and Guardsmark, LLC
27

28                                      2

STIPULATION AND ORDER DISMISSING DEFENDANTS GUARDSMARK, GP, LLC AND
GUARDSMARK, LLC
Case No. C08-02771 WHA

**ORDER**

1

2      PUSUANT TO STIPULATION, IT IS HEREBY ORDERD THAT: Good cause

3   appearing, the above-captioned action is hereby dismissed WITH PREJUDICE as to the claims

4   by Plaintiffs James Talada III and Melody LaBella against Defendants Guardsmark, GP, LLC,

5   and Guardsmark, LLC. Further, each party to this Stipulation waives any and all claims against

6   any other party to this Stipulation, including any claims for sanctions against the other parties or

7   their attorneys, and each party is responsible for their own costs and attorneys fees.

8

9   IT IS SO ORDERED.

10

11  Dated:  July 29, _____ 2009

12

IT IS SO ORDERED

Judge William Alsup

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          3