HENNING & HENNING
John F. Henning III (CA Bar No. 188416)
244 California Street, Suite 612
San Francisco, CA 94111
Tel: (415) 255-7675
Fax: (415) 255-7676
Email: henninglawfirm@hotmail.com

Attorney for Plaintiffs
JAMES L. TALADA, III and MELODY LaBELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| JAMES L. TALADA, III and MELODY LABELLA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARTINEZ, CA; MARTINEZ POLICE DEPARTMENT; ET AL.,<br><br>Defendants. | CASE NO. C08-02771WHA<br><br>STIPULATION AND ORDER DISMISSING SOME DEFENDANTS AND CLAIMS AGAINST THE CITY OF MARTINEZ RELATED DEFENDANTS<br><br>Dept.: Courtroom 9, 19th Floor<br><br>HONORABLE WILLIAM H. ALSUP<br><br>TRIAL DATE: OCT 26, 2009 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs James L. Talada, III and Melody LaBella and Defendants City of Martinez, Martinez Police Department, Chief Dave Cutaia and

1

Mark Smith, through their attorneys, that the Plaintiffs' claims in the above-captioned action are hereby dismissed WITH PREJUDICE in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), as to Defendants City of Martinez, Martinez Police Department, Chief Dave Cutaia and Mark Smith. Each party waives any and all claims against the others, including any claims for sanctions against the other parties or their attorneys (past or present), with the exception of the recent award of sanctions of $1,000 under FRCP 37 against Plaintiff's attorneys, in favor of the City of Martinez related Defendants. Each party is responsible for their own costs and attorneys fees with the exception of the caveat included in the following paragraph.

As Defendant Gary Peterson will still be a party in this action per the remaining claims of Plaintiff James Talada III, if Plaintiff Talada or Defendant Gary Petersen shall obtain a judgment against the other, the Court may consider any appropriate percentage reduction in allowable costs awarded (if any) for the prevailing party based on these dismissals.

In addition, Plaintiff Melody LaBella is hereby dismissing all claims in the above-captioned action, if any, against Defendant Gary Peterson, with prejudice, subject to the same conditions as indicated above.

Furthermore, Plaintiff James Talada, III, hereby dismisses the following claims/causes of action, with prejudice, against Defendant Gary Peterson, from the Second Amended Complaint:

    a) Second Claim (Negligence);
    b) Fourth Claim (Negligence);
    c) Sixth Claim (Intentional Infliction of Emotional Distress);
    d) Eighth Claim (Trespass);
    e) Ninth Claim (Invasion of Privacy);
    f) Tenth Claim (Calif. Civil Code Sec. 52.1); and
    g) Twelfth Claim (Defamation).

The parties agree to the form and content of this Stipulation and Order and seek the Court's execution of the same.

| | | |
|---|---|---|
| 1 | Dated: July __, 2009 | By: _____ |
| 2 | | John F. Henning III |
| 3 | | Attorney for Plaintiffs James M. Talada, III, and Melody LaBella |
| 4 | | |
| 5 | Dated: July 27, 2009 | By: _____ |
| 6 | | Plaintiff James L. Talada, III |
| 7 | Dated: July 27, 2009 | By: _____ |
| 8 | | Plaintiff Melody LaBella |
| 9 | Dated: July 23, 2009 | By: _____ |
| 10 | | Noah Blechman |
| 11 | | Attorney for Defendants City of Martinez, et al. |

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERD THAT: Good cause appearing, the above-captioned action is hereby dismissed WITH PREJUDICE as to the claims by Plaintiffs James Talada III and Melody LaBella against Defendants City of Martinez, Martinez Police Department, Chief David Cutaia and Mark Smith. Further, each party to this Stipulation waives any and all claims against any other party to this Stipulation, including any claims for sanctions against the other parties or their attorneys (past or present), with the exception of the recent award of sanctions of $1,000 under FRCP 37 against Plaintiff's attorneys, in favor of the City of Martinez related Defendants. Each party is responsible for their own costs and attorneys fees with the exception of the caveat included in the following paragraph.

As Defendant Gary Peterson will still be a party in this action per the remaining claims of Plaintiff James Talada III, if Plaintiff Talada or Defendant Gary Peterson shall obtain a judgment against the other, the Court may consider any appropriate percentage reduction in allowable costs awarded (if any) for the prevailing party based on these dismissals.

In addition, Plaintiff Melody LaBella is hereby dismissing all claims in the above-captioned action, if any, against Defendant Gary Peterson, with prejudice, subject to the same

3

conditions as indicated above.

Furthermore, Plaintiff James Talada, III, hereby dismisses the following claims/causes of action, with prejudice, against Defendant Gary Peterson, from the Second Amended Complaint:

    a) Second Claim (Negligence);
    b) Fourth Claim (Negligence);
    c) Sixth Claim (Intentional Infliction of Emotional Distress);
    d) Eighth Claim (Trespass);
    e) Ninth Claim (Invasion of Privacy);
    f) Tenth Claim (Calif. Civil Code Sec. 52.1); and
    g) Twelfth Claim (Defamation).

IT IS SO ORDERED.

Dated: July 29, 2009

_____
Honorable [signature: Judge William Alsup]
United States District Court Judge

*IT IS SO ORDERED* (stamp, signed by Judge William Alsup, United States District Court, Northern District of California)

4

STIPULATION AND ORDER DISMISSING SOME DEFENDANTS AND CLAIMS AGAINST THE CITY OF MARTINEZ RELATED DEFENDANTS
Case No. C08-02771 WHA