```
 1  STEVEN D. WERTH, #121153
    JENNY LI, #216900
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, CA 94111-2584
    Telephone:  (415) 981-6634
 4  Facsimile:   (415) 982-1634

 5  Attorneys for Defendants
    GUARDSMARK, GP, LLC and
 6  GUARDSMARK, LLC

 7
```

                        UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. TALADA III and MELODY LABELLA,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF MARTINEZ, CALIFORNIA; CITY OF MARTINEZ POLICE DEPARTMENT; CHIEF DAVE CUTAIA, Martinez Chief of Police; SERGEANT GARY PETERSEN, a Martinez Police Officer; COMMANDER MARK SMITH, a Martinez Police Officer; GUARDSMARK GP, LLC, a California Corporation and Parent Corporation for Guardsmark, LLC; GUARDSMARK, LLC, a California Corporation; CRISTINA AKESON, a Guardsmark employee and Security Guard; and DOES 1 through 100, inclusive.<br><br>            Defendants. | Case No. C08-02771 WHA<br><br>STIPULATION AND ORDER DISMISSING CROSS-DEFENDANTS GUARDSMARK GP, LLC and GUARDSMARK, LLC<br><br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Hon. William H. Alsup<br><br>Trial Date:  October 26, 2009 |

## STIPULATION

It is hereby stipulated by and between cross-claimant Cristina Akeson and cross-defendants Guardsmark GP, LLC and Guardsmark, LLC, through their attorneys that the cross-claim filed by Ms. Akeson against Guardsmark GP, LLC and Guardsmark, LLC, including any and all claims and allegations asserted therein, in the above-captioned, are dismissed without

F:\Active Cases\Akeson, Cristina and David 08-6178\PLEADINGS\Stip&Ord_Dismiss_Crossclaim.doc

-1-

STIPULATION AND ORDER DISMISSING CROSS-DEFENDANTS
GUARDSMARK GP, LLC AND GUARDSMARK, LLC

1  prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party is
2  responsible for their own costs and attorneys' fees.
3      The parties agree to the form and context of this stipulation and order.
4  Dated: August 12, 2009.

JOHN F. PRENTICE & ASSOCIATES, P.C.

By _____
ROBERT D. POSTAR
Attorneys for Defendant and Cross-Claimant
CRISTINA AKESON

Dated: August 17, 2009.

LOW, BALL & LYNCH

By _____
STEVEN D. WERTH
JENNY LI
Attorneys for Defendants and Cross-Defendants
GUARDSMARK, GP, LLC and
GUARDSMARK, LLC

**ORDER**

Pursuant to stipulation, it is hereby ordered that:

WITH GOOD CAUSE APPEARING, the cross-claim filed in this action by Cristina Akeson, including any and all claims and allegations asserted therein, against cross-defendants Guardsmark, GP, LLC and Guardsmark, LLC, are hereby dismissed without prejudice, in their entirety. Each party is responsible for their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 18, 2009

HON. _____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

F:\Active Cases\Akeson, Cristina and David 08-6178\PLEADINGS\Stip&Ord_Dismiss_Crossclaim.doc

- 2 -

STIPULATION AND ORDER DISMISSING CROSS-DEFENDANTS
GUARDSMARK GP, LLC AND GUARDSMARK, LLC