IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, and MELODY LABELLA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MARTINEZ, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 08-02771 WHA<br><br>**ORDER RE REQUEST FOR EXTENSION TO FILE REPLY BRIEF** |

    The Court is in receipt of defendant Peterson's letter requesting an extension of the filing deadline for his reply, because plaintiffs filed their opposition late. The deadline for defendant Peterson's reply brief is now **AUGUST 25, 2009 AT NOON**.

    **IT IS SO ORDERED.**

Dated: August 21, 2009.

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE