```
 1  HENNING & HENNING
    John F. Henning III (CA Bar No. 188416)
 2  244 California Street, Suite 612
    San Francisco, CA 94111
 3  Tel: (415) 255-7675
 4  Fax: (415) 255-7676
    Email: henninglawfirm@hotmail.com
 5
 6
    Attorney for Plaintiffs
 7  JAMES L. TALADA, III and MELODY LaBELLA
 8
 9
10                      UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
13                              (SAN FRANCISCO)
14
15  JAMES L. TALADA, III and          CASE NO. C08-02771WHA
    MELODY LABELLA,
16
                                      STIPULATION AND ORDER
17       Plaintiffs,                  DISMISSING SOME CLAIMS AGAINST
                                      DEFENDANT CRISTINA AKESON
18       v.
19  CITY OF MARTINEZ, CA;             Dept.: Courtroom 9, 19th Floor
    MARTINEZ POLICE
20  DEPARTMENT; ET AL.,               HONORABLE WILLIAM H. ALSUP
21
         Defendants.                  TRIAL DATE: OCT 26, 2009
22
23
24                                  STIPULATION
25
    IT IS HEREBY STIPULATED by and between Plaintiffs James L. Talada, III and Melody
26
    LaBella and Defendant Cristina Akeson, through their attorneys, that the following claims by the
27
    Plaintiffs in the above-captioned action are hereby dismissed against Defendant Cristina Akeson
28
                                            1
```

WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1):

    a) James Talada's Eighth Claim (Tresspass);

    b) James Talada's and Melody LaBella's Ninth Claim (Invasion of Privacy); and

    c) James Talada's Tenth Claim (Civil Code Section 52.1).

~~As to these aforementioned claims only, each party waives any and all claims against the others, including any claims for sanctions against the other parties or parties' attorneys (present or past). As to these aforementioned claims only, each party is responsible for their own costs and attorneys fees.~~

The parties agree to the form and content of this Stipulation and Order and seek the Court's execution of the same.

Dated: July 8/28, 2009     By: _____
                                       John F. Henning III
                                       Attorney for Plaintiffs James M. Talada, III, and Melody LaBella

Dated: July ____, 2009     By: _____
                                       Plaintiff James L. Talada, III

Dated: July ____, 2009     By: _____
                                       Plaintiff Melody LaBella

Dated: July 22, 2009     By: _____
                                       Robert Postar
                                       Attorney for Defendant Cristina Akeson

**ORDER**

2

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERD THAT: Good cause
2  appearing, the above-captioned action is hereby dismissed WITH PREJUDICE as to the claims
3  by against Defendant Cristina Akeson pursuant to Federal Rule of Civil Procedure 41(a)(1) as
4  follows:
5      a)  James Talada's Eighth Claim (Trespass);
6      b)  James Talada's and Melody LaBella's Ninth Claim (Invasion of Privacy); and
7      c)  James Talada's Tenth Claim (Civil Code Section 52.1).
8  ~~As to these aforementioned claims only, each party waives any and all claims against the others,~~
9  ~~including any claims for sanctions against the other parties or parties' attorneys (present or past).~~
10 ~~As to these aforementioned claims only, each party is responsible for their own costs and~~
11 ~~attorneys fees.~~
12
13 IT IS SO ORDERED.
14
15 Dated: __September 1__ 2009
16 _____
    Honorable [signed: Wm Alsup]
17 United States District Court Judge

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

3

STIPULATION AND ORDER DISMISSING SOME CLAIMS AGAINST DEFENDANT CRISTINA AKESON
Case No. C08-02771 WHA