IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, and MELODY LABELLA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF MARTINEZ, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 08-02771 WHA<br><br><br>**ORDER RE LETTER FILED ON SEPTEMBER 22, 2009** |

The Court has received the letter from defendant Cristina Akeson's counsel dated September 22, 2009. The Court does not know the extent to which the accusations regarding the unresponsiveness of plaintiff's counsel are true, but counsel for both sides are ordered to meet and confer on the issues required for the pre-trial conference and trial at the office of plaintiff's counsel at **9:00 A.M. ON SEPTEMBER 25, 2009**, unless both sides agree in writing to an alternate time and location.

**IT IS SO ORDERED.**

Dated: September 23, 2009.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE