IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES TALADA III,

    Plaintiff,

  v.

CITY OF MARTINEZ, Martinez Police Department, CHIEF DAVE CUTAIA, Martinez Chief of Police, SERGEANT GARY PETERSON or DOE 1, a Martinez Police Officer, and DOES 2 through 50, inclusive,

    Defendants.

    /

No. C 08-02771 WHA

**ORDER RE "SETTLEMENT"**

The Court notes that the civil minutes filed on November 5, 2009, indicates that this case is settled. It has now been almost two weeks. Please be advised that trial is still set for **DECEMBER 7, 2009, AT 7:30 A.M.** until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: November 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE