United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III and MELODY LABELLA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MARTINEZ, Martinez Police Department, CHIEF DAVE CUTAIA, Martinez Chief of Police, SERGEANT GARY PETERSON or DOE 1, a Martinez Police Officer, and DOES 2 through 50, inclusive,<br><br>    Defendants.<br>_____ / | No. C 08-02771 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL OF ALL REMAINING CLAIMS** |

       The Court is in receipt of the parties' stipulated dismissal of all remaining claims between plaintiff Melody LaBella and defendant Cristina Akeson. At this time, the only remaining claims in this action are those between plaintiff LaBella and defendant Akeson. Good cause appearing, the stipulated dismissal of the above-captioned action *with prejudice* pursuant to FRCP 41(a)(1) is **APPROVED**. Because there are no claims remaining for trial, the Clerk **SHALL CLOSE THE FILE**.

       **IT IS SO ORDERED.**

Dated: November 20, 2009.

                                                           WILLIAM ALSUP<br>                                                           UNITED STATES DISTRICT JUDGE