JOHN F. PRENTICE, ESQ. SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718

Attorneys for Defendants,
DAVID AKESON and CRISTINA AKESON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, and MELODY LABELLA,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF MARTINEZ, CALIFORNIA; CITY OF MARTINEZ POLICE DEPARTMENT; CHIEF DAVE CUTAIA, Martinez Chief of Police; SERGEANT GARY PETERSON, a Martinez Police Officer; COMMANDER MARK SMITH, a Martinez Police Officer; GUARDSMARK GP, LLC, a California Corporation and Parent Corporation for Guardsmark, LLC; GUARDSMARK, LLC, a California Corporation; CRISTINA AKESON, a Guardsmark employee and Security Guard; and DOES 1 through 100, inclusive,<br><br>           Defendants.<br>_____/ | CASE NO. C08-02771 WHA<br><br>**DEFENDANTS AKESONS' NOTICE OF MOTION FOR MONETARY SANCTIONS PURSUANT TO FRCP RULE 11, 28 USC §1927 AND THE COURT'S INHERENT AUTHORITY TO IMPOSE SANCTIONS**<br><br>**Date: January 7, 2010**<br>**Time: 8:00 a.m.**<br><br>**Courtroom 9, 19th Floor,**<br>**450 Golden Gate Ave.**<br>**San Francisco, CA**<br><br>**Honorable William H. Alsup** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND ALY EBRAHIMZADEH, ESQ.:**

**PLEASE TAKE NOTICE THAT** Defendants DAVID and CRISTINA AKESON [hereinafter "Defendants" or "AKESONS"] bring this MOTION FOR MONETARY SANCTIONS PURSUANT TO FRCP RULE 11, 28 USC §1927 AND THE COURT'S INHERENT AUTHORITY TO IMPOSE SANCTIONS against Plaintiffs JAMES TALADA, III, and MELODY LABELLA, and Plaintiffs' counsel, John F. Henning, Jr. Esq., John F. Henning, III, Esq., and Henning & Henning, and Aly Ebrahimzadeh, Esq. , on Thursday, January 7, 2010, at 8:00 a.m., in the above entitled Court, Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Due to the settlement between CRISTINA AKESON and MELODY LABELLA, CRISTINA AKESON is not seeking sanctions against MELODY LABELLA. Defendants AKESON seek monetary sanctions against Plaintiffs (except CRISTINA AKESON as against MELODY LABELLA) and their counsel pursuant to FRCP Rule 11, 28 USC §1927 and the court's inherent authority to impose sanctions, on the basis that Plaintiffs and their counsel abused the litigation process by unreasonably and vexatiously filing and continuing the litigation in this case against them after being requested to dismiss the same. The grounds upon which this motion is predicated stem from the failure of Plaintiffs, *in propria persona*, and Plaintiffs' counsel, Aly Ebrahimzadeh, Esq., to conduct any pre-filing investigation to verify the accuracy of the information upon which the claims against the AKESONS were grounded in the First Amended Complaint ("FAC"). By continuing with the litigation and failing to investigate the accuracy of the claims against the AKESONS **after** the filing of the FAC, Plaintiffs and John F. Henning, Jr. Esq., John F. Henning, III, Esq., and Henning & Henning, caused the AKESONS to incur unnecessary expenses and attorneys' fees. The Court granted the Motion to Dismiss as to DAVID AKESON, dismissing all the claims against him with prejudice. Thereafter, against CRISTINA AKESON, Attorneys Henning and Plaintiffs continued to pursue six claims through the Second Amended Complaint, even though discovery revealed that the evidence in support of such claims was sparse or nonexistent. Plaintiff TALADA's claims against CRISTINA AKESON were disposed of by summary judgment. Only three of MELODY LABELLA's claims survived summary adjudication and were disposed of via settlement and dismissal. The Plaintiffs' case against the AKESONS, at best, has

been one based on innuendo and supposition. As such, Defendants AKESON seeks reimbursement for all the costs and fees that stem from defending against the filing and maintenance of the spurious claims against them in the sum of at least $213,000.

      This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Supporting Declaration of Robert D. Postar, the Request for Judicial Notice, and the pleadings and papers already on file in this action and such further evidence and oral argument as may be presented by counsel at the hearing on this motion.

Dated: November 25, 2009        JOHN F. PRENTICE & ASSOCIATES, P.C.

      Robert D. Postar
Robert D. Postar, Esq.
John F. Prentice, Esq.
Attorneys for Defendants
DAVID AKESON and CRISTINA AKESON