# **EXHIBIT A**



Aly Ebrahimzadeh <prometheuslaw@gmail.com>

# Filing of First Amended Complaint and Initial Disclosures

**Dr. Aly Ebrahimzadeh, Esq. <prometheuslaw@gmail.com>**  Tue, Oct 14, 2008 at 3:46 PM
To: Melody LaBella <mlabella@hotmail.com>
Cc: "Jay (other) Talada" <jaytalada@hotmail.com>

> The same below goes for the Summons cover, in that the Summons cover sheet I sent you some days ago is not complete and final.
>
> On Tue, Oct 14, 2008 at 3:18 PM, Dr. Aly Ebrahimzadeh, Esq. <prometheuslaw@gmail.com> wrote:
>> Hello Jay and Melody,
>>
>> I have attached today's version of the following: First Amended Complaint; Initial Disclosures for each of you; Proof of Service information. I noticed that the Iniital Disclosures do not note the PMK at the City of Martinez and also at the City of Reno, like you've noted for the PMK at the City of Sacramento. This is a problem that should be fixed. There are likely other incomplete important issues with the First Amended Complaint and both the Initial Disclosures. I cannot provide any more time to this today, but I can do so tomorrow. However, I understand that your filing and service deadline is on the 16th, and you need to file and serve this information today. Per your request to send you what I have by 3:00 pm today, despite the fact that it is not complete and requires several hours of further review and analysis to make sure it is all complete and correct, I am so sending you this all now. Please be forewarned: The attached documents are not complete and final, and require several hours of further work by me on them before they are complete. I understand you want to file these documents to comport with the deadline for filing and service of 10/16/08. You know that if you file these documents late, you may be sanctioned for so doing, or risk having them rejected, stricken, or otherwise invalidated in part or in whole, by the court on its own motion, or by motion of the Defendants. You also know that if you file them incomplete and non-final, as they are now, portions of these documents may be incorrect or incomplete, and thus such portions may be stricken or otherwise invalidated, subjecting you to discovery sanctions or other legal sanctions, as well as potentially allowing certain Defendants to have certain or all causes of action dismissed against them. Thus, you are so cautioned, and the decision is entirely yours.
>>
>> I have tried my best, as noted and understood by us all. I understand that you are accepting these documents from me as they are, in full satisfaction of my work for you per our contract. Thus, it has been my pleasure working with you under our current contract, and I hope you have appreciated my labor and great efforts to complete this mountain of work product in great speed.
>>
>> Thank you for your understanding,
>> Aly
>>
>>
>>
>> On Tue, Oct 14, 2008 at 1:42 PM, Melody LaBella <mlabella@hotmail.com> wrote:
>>> Dear Aly,
>>>
>>> Per our conversation today, we are confirming by this email our understanding that there is not time for you to perform your usual full and thorough review of the subject documents, given our time constraint to file and serve these documents and the proof of service for each Defendant by October 16, 2008.
>>>
>>> Since we need to file the subject documents today, we are asking that you do your best, given the very limited time constraints, to do a cursory review of the documents that we've just sent to you. We realize that in doing so that we will be filing documents that, in your professional opinion, are not complete. This is all in accordance with our current contract, in which you spelled out that you are not responsible for completing these documents by our filing deadline of October 16, 2008.

> Regardless, we appreciate the quality of the work and service that you have provided, given the very limited time that you've had to work with.
>
> Signed,
> Melody LaBella
> James Talada III
>
> ---
>
> Get more out of the Web. Learn 10 hidden secrets of Windows Live. Learn Now

--
Dr. Aly Ebrahimzadeh, Esq.
Attorney-Activist

Prometheus: A Social Justice Law Firm
www.PrometheusLaw.Blogspot.com
Tel: 510.910.3198

PLEASE NOTE:  This email, along with any attachments, may contain Confidential Attorney-Client Communications, Attorney Work Product, private writings and communications, or confidential and protected Intellectual Property.  If you think that you may not be the intended recipient of this email and/or its attachments, please immediately delete this email and its attachments from your computer and email server, do not forward this email and its attachments to anyone other than its original sender, and please Immediately Notify any other recipients of this email and its attachments that it has been accidentally transmitted to the wrong party and should be deleted immediately.  Also, please Immediately Notify me of this accidental transmission by calling me at 510.910.3198 or by emailing me at PrometheusLaw@Gmail.com.  Thank you.

--
Dr. Aly Ebrahimzadeh, Esq.
Attorney-Activist

Prometheus: A Social Justice Law Firm
www.PrometheusLaw.Blogspot.com
Tel: 510.910.3198

PLEASE NOTE:  This email, along with any attachments, may contain Confidential Attorney-Client Communications, Attorney Work Product, private writings and communications, or confidential and protected Intellectual Property.  If you think that you may not be the intended recipient of this email and/or its attachments, please immediately delete this email and its attachments from your computer and email server, do not forward this email and its attachments to anyone other than its original sender, and please Immediately Notify any other recipients of this email and its attachments that it has been accidentally transmitted to the wrong party and should be deleted immediately.  Also, please Immediately Notify me of this accidental transmission by calling me at 510.910.3198 or by emailing me at PrometheusLaw@Gmail.com.  Thank you.