# McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP

## ATTORNEYS AT LAW

MICHAEL J. NEY
THOMAS G. BEATTY
ROBERT M. SLATTERY
GUY D. BORGES
ROGER J. BROTHERS
JAMES V. FITZGERALD, III
MARTIN J. AMBACHER
ROBERT W. HODGES
J. WESLEY SMITH
PAUL B. WALSH
ANN H. LARSON
R. DEWEY WHEELER
SETH J. SCHWARTZ
PETER J. HIRSIG

WILMA J. GRAY
ROBERT W. LAMSON
RICARDO A. MARTINEZ
LISA R. ROBERTS
DENISE BILLUPS-SLONE
J. LUCIAN DODSON III
JAMES E. ALLEN
DENISE J. SERRA
HOWARD PATRICK SWEENEY
PATRICK L. MOORE
RICHARD M. McNEELY
GARY A. WATT
NOAH G. BLECHMAN
MICHAEL P. CLARK

JENIFER K. LEECE
CATHLEEN A. IRWIN
JENNIFER A. PHILLIPS
SUZANNE FOLEY SPRAGUE
SHARON A. GARSKE
PETER W. SEKELICK
TONYA R. DRAEGER
MATTHEW P. SULLIVAN
CARRIE E. CROXALL
SHAWN F. HARDING
PETRA BRUGGISSER
NOLAN S. ARMSTRONG
MARK P. IEZZA
CHRISTOPHER T. LUSTIG
MILJOY B. LINSAO
LUANNE RUTHERFORD

TANNER D. BRINK
WILLIAM L. McCASLIN
CONNOR M. DAY
ANDREA N. de KONING
NATHANIEL A. SMITH
RAYELLE D. SABO
ARA S. ALIKIAN
JOHN C. ADAMS
ERICKA L. ACKERET
KATE L. PETERSEN
JAIME E. LICHT
BLAIR K. WALSH
ASHA B. WILKERSON
DOMINIC V. SIGNOROTTI
L. MAPLE LAY

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

**PLEASE RESPOND TO:**
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE:  (925) 939-0203

www.mcnamaralaw.com

February 5, 2010

SOLANO COUNTY OFFICE
639 KENTUCKY STREET, FIRST FLOOR
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

SAN JOAQUIN COUNTY OFFICE
2316 ORCHARD PARKWAY, SUITE 120
TRACY, CA 95377
TELEPHONE: (877) 839-5330
FACSIMILE: (209) 839-6758

PARTNERS EMERITUS
DANIEL J. McNAMARA
DOUGLAS C. McCLURE
THOMAS E. PFALZER

RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
WILLIAM K. HOUSTON, JR.

James V. Fitzgerald, III
james.fitzgerald@mcnamaralaw.com

The Court Clerk
USDC – Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco , CA 94102

Re:   **James Talada, III. v. City of Martinez**
**Case No. C08-02771 WHA**

**Defendant Gary Peterson's Bill of Costs**

Dear Sir or Madam:

We respectfully submit this letter to you to inquire about the status of Defendant Gary Peterson's Bill of Costs in this matter.  Defendant Peterson filed his Bill of Costs on September 16, 2009, after the Honorable Judge William H. Alsup granted Defendant Peterson's summary judgment motion against the Plaintiffs on September 4, 2009.  A copy of the Bill of Costs and the supporting declaration of James V. Fitzgerald, III, is attached for your ease of reference. (See Document Nos. 238 and 239, filed on September 16, 2009).

Plaintiffs did not object to the Bill of Costs.

We have tried to contact your office several times to inquire about the status of the Court's decision to tax the costs claimed by Defendant Peterson, but we were unable to obtain any answer or status.  We would greatly appreciate your assistance in finalizing this process.

February 5, 2010
Page 2

Re:   <u>James Talada, III. v. City of Martinez - Case No. C08-02771 WHA</u>


        Thank you for your consideration and assistance.

                                        Very truly yours,



                                        James V. Fitzgerald, III

JVF:pb

cc: all counsel

AO 133   (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| James Talada, III, Melody LaBella | ) |
| | ) |
| v. | ) Case No.: C08-02771 WHA |
| | ) |
| City of Martinez, et. al. | ) |

## Bill of Costs

Judgment having been entered in the above entitled __09/04/2009__ against __Plaintiffs Talada & LaBella__ ,
                                                          *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____68.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . . | ____4,938.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ____1,329.17 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $____6,335.62 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of   James V. Fitzgerald, III _____

For:  Defendant Gary Peterson _____   Date: __09/16/2009__
                *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
   *Clerk of Court*                      *Deputy Clerk*                  *Date*

AO 133 (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendant
    CITY OF MARTINEZ, MARTINEZ POLICE DEPARTMENT,
7   DAVE CUTAIA, GARY PETERSON, MARK SMITH

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
    JAMES TALADA, III, and MELODY          Case No. C08-02771 WHA
12  LABELLA
                                           **DECLARATION OF JAMES V.**
13            Plaintiffs,                   **FITZGERALD, III IN SUPPORT OF**
                                           **DEFENDANT GARY PETERSON'S**
14       vs.                                **BILL OF COSTS PER FRCP 54, CIVIL**
                                           **L.R. 54 AND 28 U.S.C. §1920**
15  CITY OF MARTINEZ; MARTINEZ
    POLICE DEPARTMENT; CHIEF DAVE          Date:    September 3, 2009
16  CUTAIA; SERGEANT GARY                  Time:    8:00 a.m.
    PETERSON; COMMANDER MARK               Dept.:   Courtroom 9, 19th Floor
17  SMITH; et. al.                                  450 Golden Gate Ave.
                                                    San Francisco, CA
18            Defendants.
                                           Honorable William H. Alsup
19
                                           Trial Date: October 26, 2009
20

21       I, James V. Fitzgerald, III, hereby declare:

22       1.  I am an attorney at law duly licensed to practice before the courts of the State of

23           California and am a partner at the law firm of McNamara, Dodge, Ney, Beatty,

24           Slattery, Pfalzer, Borges & Brothers LLP, attorneys of record for Defendant Gary

25           Peterson.  I have personal knowledge of each matter stated herein.

26       2.  The following costs were actually and necessarily incurred by Defendant Peterson

27           in defending this civil rights action, are correctly stated and are allowable by law.

28           Supporting documentation is attached hereto for each item claimed, including an

    Case No. C08-02771 WHA - FITZGERALD
    DECLARATION IN SUPPORT OF PETERSON'S
    BILL OF COSTS

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

itemized statement of all costs sought pursuant to this bill of costs as Exhibit A, along with supporting documentation of said costs per the attached further exhibits.

3. Defendant Peterson has incurred costs in defending this civil rights action and is seeking a total of **$6,335.62** for this bill of costs.

4. Attached hereto as "Exhibit A" is an itemized table of each cost claimed by Defendant Peterson.

5. Attached hereto as "Exhibit B" are true and correct copies of my firm's redacted billing statements which include the filing fees at the Superior Court of Contra Costa County related to Defendants' removal of the action to Federal Court, per Civil LR 54-3 (a)(1), 28 U.S.C. §1920 (1). The total filing fees are **$68.00**.

6. Attached hereto as "Exhibit C" are true and correct copies of invoices for court reporter transcript and deposition fees in the total amount of **$4,938.45**, per Civil LR 54-3 (b) and (c)(1), 28 U.S.C. §1920 (2).

7. Attached hereto as "Exhibit D" are true and correct copies of my firm's redacted billing statements which include the copy charges used for reproducing disclosure or formal discovery documents in this case per Civil LR 54-3(d)(2), 28 U.S.C. §1920 (3)(4). Defendants expended costs for discovery between May 11, 2009 and June 12, 2009 (discovery cut-off date). Expert disclosure were exchanged on June 19, 2009. The total costs for reproduction and exemplification for disclosures and discovery claimed by Defendant Peterson are **$1,329.17**.

8. These costs should be awarded to Defendant Peterson in their entirety. Defendant Peterson is exempt from the stipulation and order to waive cost between Plaintiffs Talada and LaBella and the City of Martinez related Defendants. Plaintiffs Talada and LaBella agreed that "if Defendant Gary Peterson shall obtain a judgment, the Court may consider any appropriate percentage reduction in allowable costs awarded (if any)."

9. Attached hereto as "Exhibit E" is a true and correct copy of the stipulation and order dismissing some defendants and claims against the City of Martinez related Defendants.

10. A reduction of costs is not appropriate.  Plaintiffs' action against the City of Martinez related Defendants was almost exclusively centered around Gary Peterson and his investigation of the anonymous letter to establish probable cause and obtain the search and arrest warrants for Talada.  Any and all dispositive motions, pleadings and other submissions, as well as the discovery proceedings, including depositions and expert disclosures, were focused on Defendant Peterson. In contrast, the City of Martinez, the Martinez Police Department, Chief Cutaia and Cmdr. Smith played only minuscule roles in Plaintiffs' action, if any.  In other words, Defendants would have had to expend all costs claimed herein *even if* the City of Martinez, the Martinez Police Department, Chief Cutaia and Cmdr. Smith had never been named as defendants.  Therefore, an award of all costs claimed herein is appropriate and Defendant Peterson respectfully asks this Court to tax the costs in the full amount of **$6,335.62**.

I declare under penalty and perjury the foregoing is true and correct.

Executed this *16th* day of September, 2009 at Walnut Creek, California.

By: _____

James V. Fitzgerald, III, Declarant

Case No. C08-02771 WHA - FITZGERALD                    3
DECLARATION IN SUPPORT OF PETERSON'S
BILL OF COSTS

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Exhibit A

# TALADA V. CITY OF MARTINEZ

(Case No.C08-02771WHA)

## EXHIBIT "A"

## ITEMIZED LISTING OF COSTS FOR DEFENDANT PETERSON'S BILL OF COSTS

### A. Fees for Filing

| Date of Cost | Cost Description | Reference to Exhibits | Authority for Costs | Cost Amount |
|---|---|---|---|---|
| 6-4-08 | Filing Fee @ Superior Court of Contra Costa County | Exh. B | LR 54-3 (a)(1); 28 U.S.C. §1920 (1) | $29.50 |
| 8-28-08 | Filing Fee @ Superior Court of Contra Costa County | Exh. B | LR 54-3 (a)(1); 28 U.S.C. §1920 (1) | $38.50 |
| | **Total Cost for Section** | | | **$68.00** |

### B. Fees of the Court Reporter for Transcripts and Depositions

| Date of Cost | Cost Description | Reference to Exhibits | Authority for Costs | Cost Amount |
|---|---|---|---|---|
| 9-10-08 | Court Transcript | Exh. C | LR 54-3 (b); 28 U.S.C. §1920 (2) | $202.80 |
| 11-19-08 | Deposition of James Talada, cost for transcript (video) | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $1,487.50 |
| 11-19-08 | Deposition of James Talada, cost for transcript | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $1,638.15 |
| 1-22-09 | Deposition of Melody LaBella, cost for transcript | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $245.10 |
| 1-22-09 | Deposition of Christina Akeson, cost for transcript | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $182.7 |
| 1-22-09 | Deposition of David Akeson, cost for transcript | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $174.10 |
| 6-18-09 | Deposition of Melody LaBella Vol. II, cost for transcript | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $530.40 |
| 7-13-09 | Deposition of Christina Akeson Vol. II, cost for transcript | Exh. C | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $477.70 |
| | **Total Cost for Section** | | | **$4,938.45** |

**C.**     **Fees and Disbursements for Reproduction and Exemplification of Papers and Exhibits Necessarily Obtained for the Case**

| Date of Cost | Cost Description | Reference to Exhibits | Authority for Costs | Cost Amount |
|---|---|---|---|---|
| 5-11-09 | 20 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $4.00 |
| 5-12-09 | 186 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $37.20 |
| 5-13-09 | 156 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $31.20 |
| 5-14-09 | 35 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $7.00 |
| 5-20-09 | 236 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $47.20 |
| 5-28-09 | 127 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $25.40 |
| 6-1-09 | 960 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $192.00 |
| 6-4-09 | 1,047 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $209.40 |
| 6-5-09 | 65 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $13.00 |
| 6-8-09 | 1,762 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $352.40 |
| 6-11-09 | 3 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $0.60 |
| 6-12-09 | 181 Photocopies for discovery at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $36.20 |
| 6-19-09 | 334 Photocopies for expert disclosure at $.20 per page | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $66.80 |
| 6-5-09 | Copymat Invoice for discovery | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $367.08 |
| 6-9-09 | Copymat Invoice for discovery | Exh. D | LR 54-3 (d)(2); 28 U.S.C. §1920 (3)(4) | $306.77 |
| | Total | | | $1,696.25 |
| | Reimbursment paid by Plaintiffs for 6-5-09 Copymat Invoice | | | - $367.08 |
| | **Total Cost for Section** | | | **$1,329.17** |