IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TALADA, III, and MELODY LABELLA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MARTINEZ, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 08-02771 WHA<br><br>**ORDER ON STIPULATED FINAL JUDGMENT** |

      Judgment was entered in this matter on November 23, 2009, in favor of defendants and against plaintiffs (Dkt. No. 274). Despite the entry of judgment in this action over six months ago, the undersigned received on May 26, 2010, a stipulated final judgment between plaintiff James Talada, III and individual defendant Gary Peterson (Dkt. No. 301). The only "new" information of substance in the stipulated final judgment is the amount of costs taxed. The parties, however, have not provided the Court with any reasons why the proposed stipulated final judgment is necessary, since costs are generally taxed *after* final judgment has been entered. As such, the undersigned will not grant approval of the stipulated final judgment.

      **IT IS SO ORDERED.**

Dated: May 27, 2010.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE